UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Antonio VILLEGAS-Campoverde**<br>AKA: Luis Cuarao BARAJAS<br>    Antonio Compoverde VILLEGAS<br>    Antonio Vallegas COMPOVERDE<br>    Antonio CAMPOVERDE<br><br>Defendant. | ) Magistrate Case No.<br>) **'08 MJ 1633**<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1326;<br>) Deported Alien Found in the<br>)<br>) United States<br>) |

The undersigned complainant, being duly sworn, states:

On or about, **March 04, 2008**, within the Southern District of California, defendant, **Antonio VILLEGAS-Campoverde,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Lisette Guzman, Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF **May 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Immigration and Customs Enforcement (ICE) Immigration Enforcement Agent, Rommel Lapid, declare under penalty of perjury the following to be true and correct:

As part of assigned duties of the Detention and Removal Office, Immigration Enforcement Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On March 4, 2008, the defendant identified as Antonio VILLEGAS-Campoverde was arrested by the United States Border Patrol for illegal entry into the United States. This arrest took place near Campo, CA, approximately half a mile north and eighteen miles east of the Tecate, CA Port of Entry. Record checks revealed that defendant was a parole violator, and therefore a Parole Hold was issued and he was booked into San Diego County Jail for PC 3056 VIOLATION OF PAROLE and an Immigration Hold (I-247) was placed pending his release. On Friday, May 23, 2008, defendant was referred to the custody of the United States Immigration and Customs Enforcement. An Immigration Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration File revealed that the defendant was ordered removed from the United States by an Immigration Judge on or about September 19, 2006 and physically removed to Mexico on or about September 22, 2006 via the San Ysidro, CA Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Antonio VILLEGAS-Campoverde, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

Based upon the foregoing information, there is probable cause to believe that Antonio VILLEGAS-Campoverde has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

EXECUTED ON THIS 23rd DAY OF May 2008 AT 5:30 PM.

Rommel Lapid
Immigration Enforcement Agent

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **March 4, 2008** in violation of Title 8, United States Code, Section 1326.

U.S. MAGISTRATE JUDGE

DATE / TIME  5/23/08 @ 6:12 pm.